AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| Rohit LNU, | ) Case No.   8:26-MJ-002 (ML) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 3, 2026, in the county of Clinton in the Northern District of New York, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Improper entry by an alien, any alien who enters or attempts to enter the United States at any time or place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

*Complainant's signature*

Alex J. Espinoza, Border Patrol Agent

*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   January 6, 2026

*Judge's signature*

City and State:   Binghamton, NY            Hon. Miroslav Lovric, U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.   8:26-MJ-002 (ML) |
| ) | |
| v.   ) | Affidavit in Support of Criminal Complaint |
| ) | |
| **Rohit LNU** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

I, Border Patrol Agent Alex J. Espinoza, hereby swear or affirm under penalty of perjury that the following facts are true and correct:

### Introduction

1. I am United States Border Patrol Agent ("BPA"), currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for approximately 7 years and have been assigned to the Swanton Sector since May 2023. I successfully completed training at the United States Border Patrol Academy in 2019, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging defendant with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

3.     On January 3, 2026, at approximately 6:00 p.m., Swanton Sector Dispatch notified Champlain, New York Border Patrol Agents they had received images from border surveillance technology showing two people walking southbound near Romat Lane and North Star Road in Mooers, New York. North Star Road runs parallel to the United States/Canada International Border and at this location it's approximately a half mile from the international boundary. This area has recently seen an increase in individuals attempting to illegally enter the United States from Canada.

4.     Agents responded to the area and observed two sets of fresh footprints in the snow crossing North Star Road heading southbound away from the border. Agents followed these tracks, and a short time later encountered two men, later identified as Rohit LNU and A.N.S.S., attempting to conceal themselves behind downed trees. Agents approached them, identified themselves as United States Border Patrol Agents, and conducted an immigration inspection of the subjects. It was concluded from the immigration inspection that Rohit LNU and A.N.S.S. were citizens of India and they admitted to illegally entering the United States from Canada. Rohit LNU and A.N.S.S. were placed under arrest and were transported to the Champlain Border Patrol Station for processing.

5.     At the station, Border Patrol Agents entered Rohit LNU's biographical information and fingerprints into Department of Homeland Security databases. Rohit LNU has no previous criminal or immigration history in the United States.

6.     Rohit LNU is a citizen of India, and all citizens of India are required to apply for a visa or other immigration documents before entering the United States. Rohit LNU illegally entered the United States at a place not designated as a port of entry and therefore was not inspected

nor admitted into the United States. Had Rohit LNU presented himself for inspection he would not have been admitted because he had not been previously granted a visa to enter the United States.

### Conclusion

7.    Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Sworn to by:

Agent Alex J. Espinoza
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date:   January 6, 2026

Hon. Miroslav Lovric
United States Magistrate Judge

3